# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 6, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

162200(31)

BLAIR R. KAUFMAN,
          Plaintiff-Appellant,

v

CRANBERRY LAKE, ALMA POTTER,
and MERITUS, INC.,
          Defendants-Appellees.

_____/

SC: 162200
COA: 353318
Ingham CC: 18-000291-NM

      On order of the Chief Justice, the motion of plaintiff-appellant to waive filing fees is GRANTED as to this case only.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 6, 2020



Clerk